UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUAN MIGUEL GOMEZ-PENA,

        Petitioner,

v.

        Case No. 3:25-cv-1287-MMH-MCR

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, et al.,

        Respondents.
_____

## ORDER

On January 12, 2026, the Court granted in part and denied without prejudice in part Petitioner Juan Gomez-Pena's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, and ordered Respondents to either provide him with a bond hearing or release him from custody by January 16, 2026. See Order (Doc. 13). The Court further ordered Gomez to file a notice by January 20, 2026, advising of the status of his detention. See id. To date, Gomez has not done so. In its Order, the Court noted that if the Respondents failed to provide Gomez with a bond hearing or release him within the time allotted, he could renew his arguments. See Order at 15, n.5. While the United States Immigration and Customs Enforcement website reflects Gomez remains

in detention,[1] Gomez has not informed the Court of any failure by the Respondents to comply to this Court's Order and has not attempted to renew any arguments. As there are no further proceedings to be had in this case, the Court will direct the Clerk of Court to close this case.

Accordingly, it is

**ORDERED**:

The **Clerk of Court** shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of January, 2026.

MARCIA MORALES HOWARD
United States District Judge

JaxP-12

C:   Counsel of Record

---

[1] See Online Detainee Locator System, U.S. Immigration and Customs Enforcement, available at https://locator.ice.gov/odls/#/search (last visited Jan. 26, 2026).